```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0052--CR (JWS)
                              "USA V JERRI T. SIMMONS"
                              DEF 1.1 SIMMONS, JERRI T.

        In public format, including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/28/03
             Closed: 07/09/03
 No. of Defendants: 1
     MJ Case Number:
               AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Lance C. Wells
                    733 W. 4th Avenue, Suite 308
                    Anchorage, AK 99501
                    907-274-9696
                    FAX 907-277-9859
                    Serve: YES
                     Type: CJA
                     Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SIMMONS, JERRI T.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 18:1344(2) and 18:2 BANK FRAUD (F) | Terminated |
| 18 -   1 | 1-S | 18:2113(b) & 18:2 BANK LARCENY (M) | Sentenced (32-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A03-0052--CR (JWS)
                   "USA V JERRI T. SIMMONS"

              In public format, for all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
          Filed: 02/28/03
         Closed: 07/09/03
No. of Defendants: 1

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 02/28/03 | [Re: DEF 1] PLF 1 Information. |
| 2 - | 1 | 02/28/03 | [Re: DEF 1] PLF 1 motion (ex parte) on shortened time for a warrant of arrest. |
| 2 - | 2 | 02/28/03 | [Re: DEF 1] JDR Order granting motion on shortened time for a warrant of arrest (2-1). cc: USA, USM, USPO, J. Simmons w/USM cy |
| 3 - | 1 | 02/28/03 | DOC #3 NOT USED. |
| NOTE - | 1 | 03/03/03 | [Re: DEF 1] Issued WOA. |
| NOTE - | 2 | 03/20/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/19/03. |
| NOTE - | 3 | 03/20/03 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 4 - | 1 | 03/21/03 | [Re: DEF 1] USM Return of WOA executed 3/19/03. |
| 5 - | 1 | 03/21/03 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Arr on Felony Info hld 3/21/03; FPD to apptd CJA cnsl; cont arr set for 3/25/03 at 10:00 a.m.; def released to pretrial service officer. cc: USA, FPD CJA Clerk, USM, USPO |
| 6 - | 1 | 03/21/03 | [Re: DEF 1] Financial Affidavit. |
| 7 - | 1 | 03/21/03 | [Re: DEF 1] Order setting conditions of release. cc: USA, USM, USPO |
| 8 - | 1 | 03/21/03 | [Re: DEF 1] Copy of JDR Order of Release re def released 3/20/03 to pretrial service officer. cc: USA, USM, USPO |
| 9 - | 1 | 03/25/03 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] of cont arr on Felony Info; cont arr on felony info/waiver of Indt hrg set 2:00 p.m., 3/27/03; conds of release remain as previously set. cc: USA, L. Wells, USM, PO |
| 10 - | 1 | 03/26/03 | [Re: DEF 1] CJA appointment of Lance Wells. |
| 11 - | 1 | 03/26/03 | DEF 1 Attorney Appearance of Lance Wells. |
| NOTE - | 4 | 03/28/03 | Issued: Speedy Trial Notice to Judge Sedwick. |
| 12 - | 1 | 03/28/03 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re cont Aarr on Felony Info/Waiver of Indt hld 3/27/03; def waived Indt; def pled not guilty; conds of release remain as prev set; PTM's due 4/14/03; cnsl advised of trial date of 5/5/03. cc: USA, L. Wells, USM, USPO, Judge Sedwick |
| 13 - | 1 | 03/28/03 | Waiver of indictment. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET ENTRIES FOR CASE A03-0052--CR (JWS)
                          "USA V JERRI T. SIMMONS"

                     In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 - | 1 | 03/28/03 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 3/28/03; PTM"s due 4/14/03. cc: USA, L. Wells |
| 15 - | 1 | 04/01/03 | [Re: DEF 1] JWS Minute Order setting TBJ on 5/5/03 at 9:00 a.m. and FPTC for 5/5/03 at 8:30 a.m.. cc: USA, L. Wells, USM, USPO, MJ Roberts, JC |
| 16 - | 1 | 04/02/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 17 - | 1 | 04/14/03 | DEF 1 Notice of Intent to change plea. |
| 18 - | 1 | 04/16/03 | [Re: DEF 1] PLF 1 Superseding information. |
| 19 - | 1 | 04/16/03 | [Re: DEF 1] JDR Minute Order re Arr on SInfo set for 4/21/03 11:00 a.m. cc: USA, L. Wells, USM, USPO |
| 20 - | 1 | 04/17/03 | {SEALED} |
| 21 - | 1 | 04/21/03 | {SEALED} |
| 22 - | 1 | 04/22/03 | [Re: DEF 1] JWS Minute Order setting PCOP for 4/25/03 at 8:30 a.m.; 5/5/03 FPTC and TBJ vacated. cc: USA, L. Wells, USM, USPO, MJ Roberts, JC |
| NOTE - | 5 | 04/24/03 | [Re: DEF 1] Issued WOA. |
| 23 - | 1 | 04/24/03 | [Re: DEF 1] PLF 1 motion on shortened time for warrant of arrest. |
| 23 - | 2 | 04/24/03 | [Re: DEF 1] JWS Order granting motion on shortened time for warrant of arrest (23-1). cc: USA, USM, USPO |
| NOTE - | 6 | 04/25/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 4/24/03. |
| 24 - | 1 | 04/25/03 | {SEALED} |
| 25 - | 1 | 04/25/03 | [Re: DEF 1] Return of WOA executed on 4/24/03. |
| 26 - | 1 | 04/30/03 | [Re: DEF 1] CJA appointment of L. Wells. |
| 27 - | 1 | 06/17/03 | [Re: DEF 1] JWS Minute Order rescheduling 7/2/03 IOS to 7/8/03 at 9:00 a.m. cc: USA, USM, PO, L. Wells |
| 28 - | 1 | 06/24/03 | DEF 1 Sentencing Memorandum. |
| 29 - | 1 | 07/02/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum and request to present evidence. |
| 30 - | 1 | 07/09/03 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: IOS held 7/8/03; def sentenced to 73 days w/credit for time served; 12 mos SR; $25.00 SA; restitution of $1,968.46 to Key Bank jointly and severally w/R. Arnsworth (A03-005 CR) and C. Hill (A03-005 CR); rls ord signed. |
| 31 - | 1 | 07/09/03 | [Re: DEF 1] Cy JWS Order of Release. cc: USA, L. Wells, USM, USPO |
| 32 - | 1 | 07/09/03 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1S of SInfo (18-1); def sentenced to 73 days in prison w/credit for time served; 12 mos SR; $25.00 SA; $1,968.46 in restitution to Key Bank jointly and severally w/R. Arnsworth (A03-005 CR) and C. Hill (A03-005 CR). cc: USA, L. Wells, Def w/cnsls cy, USM, USPO, FLU, Finance, MJ Roberts |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A03-0052--CR (JWS)
                                 "USA V JERRI T. SIMMONS"

                          In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 33 - | 1 | 08/12/03 | [Re: DEF 1] Partial Transcript re: IOS held 7/8/03. |
| 34 - | 1 | 08/18/03 | {SEALED} |
| 34 - | 2 | 08/22/03 | {SEALED} |
| NOTE - | 7 | 12/04/03 | [Re: DEF 1] Issued WOA. |
| 35 - | 1 | 12/04/03 | [Re: DEF 1] JWS Order and pet for revoc of SR; war of arrest be delivered to USM; pet be sealed until arrest; pet referred to MJ Roberts for I/A/prel hrgs; evid hrg before MJ only upon consent. cc: USA, USM, Def w/USM cy, USPO, MJ Roberts |
| NOTE - | 8 | 12/09/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/9/03. |
| 36 - | 1 | 12/09/03 | [Re: DEF 1] Return of WOA executed at Wasilla, AK by USM - AK Fugitive Task Force on 12/9/03. |
| 37 - | 1 | 12/11/03 | [Re: DEF 1] JDR Minute Order re I/A on pet to revoke SR hld 12/9/03; FPD to appoint CJA cnsl; I/A cont to 12/12/03 at 10:00 a.m.; def released. cc: USA, FPD CJA CLerk, USM, USPO |
| 38 - | 1 | 12/11/03 | [Re: DEF 1] Financial Affidavit. |
| 39 - | 1 | 12/11/03 | [Re: DEF 1] Order setting conditions of release. cc: USA, USM, USPO, FPD CJA Clerk |
| 40 - | 1 | 12/11/03 | [Re: DEF 1] Copy of JDR Order of Release re def released 12/9/03. cc: USA, FPD CJA Clerk, USM, USPO |
| 41 - | 1 | 12/16/03 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Cont I/A on Pet to Revike SR hld 12/12; L. Wells apptd; def denied allegations; evident hrg set for 12/17/03 at 10:00 a.m.; cod's of rel to remain as prev set. cc: USA, FPD, USM, USPO, FPD CJA Clerk |
| 42 - | 1 | 12/16/03 | [Re: DEF 1] JDR Minute Order re evident hrg set for 12/17/03 is RESET for 12/19/03 at 3:30 p.m. cc: USA, L. Wells, USM, USPO |
| 43 - | 1 | 12/22/03 | [Re: DEF 1] Amended Order setting conditions of release. cc: USA, L. Wells, USM, USPO |
| 44 - | 1 | 12/23/03 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re evident hrg on pet to revoke SR hld 12/19/03; def admitted allegations 1,3; allegation 2 to be dsmssd at dispo hrg; matter referred to USDJ; cond's of rel to remain as prev set. cc: USA, L. Wells, USM, USPO, Judge Sedwick |
| 45 - | 1 | 12/29/03 | [Re: DEF 1] JWS Minute Order setting a disposition hrg on pet to revoke SR on 1/20/04 at 8:00 a.m.. cc: USA, L. Wells, USM, USPO, MJ Roberts |
| 46 - | 1 | 01/09/04 | [Re: DEF 1] CJA appointment of L. Wells. |
| 47 - | 1 | 01/21/04 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: disposition hrg held 1/20/04; SR cont and modified effective 1/23/04; allegation 2 dism. cc: USA, L. Wells, USM, USPO |
| 48 - | 1 | 01/22/04 | [Re: DEF 1] JWS Amended Judgment for modif of SR; def admitted allegations 1 and 3; SR modif effective 1/23/04; def to reside at Cordova Center w/credit for given for time def has spent in residency |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0052--CR (JWS)
                            "USA V JERRI T. SIMMONS"

                        In public format, for all filing dates

Document #    Filed      Docket text
```

|  |  |  |  |
|---|---|---|---|
|  |  |  | there for 90 consecutive days; def to be rlsd for 10 week substance abuse treatment program; def to be rlsd for employment purposes during residency; term of supervision not extended. cc: USA, L. Wells, USM, USPO, Def w/cnsls cy |
| NOTE - | 9 | 04/16/04 | [Re: DEF 1] Issued WOA on 4/15/04. |
| 49 - | 1 | 04/16/04 | [Re: DEF 1] JWS Order and petition for revoc of SR; pet referred to MJ Roberts for I/A/prel hrgs; evid hrg before MJ only upon consent. cc: USA, Def w/USM cy, USM, USPO, MJ Roberts |
| 50 - | 1 | 05/05/04 | {SEALED} |
| NOTE - | 10 | 05/07/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/6/04. |
| NOTE - | 11 | 05/07/04 | this note not used |
| 50 - | 2 | 05/11/04 | {SEALED} |
| 51 - | 1 | 05/11/04 | [Re: DEF 1] Return of WOA executed on Mat-Su AK on 5/6/04. |
| 52 - | 1 | 05/12/04 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re I/A on pet to revoke SR hld 5/11/04; L. Wells apptd; def denied allegations; def consent before MJ; evident hrg set for 6/1/04 at 10:30 a.m.; def detained. cc: USA, L. Wells, USM, USPO |
| 53 - | 1 | 05/12/04 | [Re: DEF 1] Consent to Proceed Before Magistrate Judge. |
| 54 - | 1 | 05/12/04 | [Re: DEF 1] Financial Affidavit. |
| 55 - | 1 | 05/12/04 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, L. Wells, USM, USPO |
| 56 - | 1 | 05/19/04 | [Re: DEF 1] CJA appointment of L. Wells. |
| 57 - | 1 | 06/01/04 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] of evid hrg on pet to revoke SR (held 6/1/04); def admitted allegations 1-2 of pet; evid hrg deemed moot; matter referred to DJ for dispositon; det cont. cc: USA, L. Wells, USM, PO, Judge Sedwick |
| 58 - | 1 | 06/03/04 | [Re: DEF 1] JWS Minute Order setting disposition hrg on pet to revoke SR on 6/4/04 @ 8:30 a.m.. cc: USA, L. Wells, USM, USPO, MJ Roberts |
| 59 - | 1 | 06/03/04 | DEF 1 Unopposed motion on shortened time to continue disposition hearing w/att aff. |
| 60 - | 1 | 06/03/04 | [Re: DEF 1] JWS Order granting unopposed mot on shortened time to cont dispo hrg (59-1). cc: USA, L. Wells, USM, USPO, MJ Roberts |
| 61 - | 1 | 06/09/04 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: disposition hrg held 6/9/04; SR revoked; def sentenced to 4 mos in prison w/no SR to follow; def remanded. cc: USA, L. Wells, USM, USPO, MJ Roberts |
| 62 - | 1 | 06/09/04 | [Re: DEF 1] JWS Amended Judgment for revoc of SR; sentenced to 4 mos in prison; no supervision to follow; def remanded to USM. cc: USA, L. Wells, Def w/cnsls cy, USM, USPO, Finance, MJ Roberts |
| 63 - | 1 | 04/06/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET ENTRIES FOR CASE A03-0052--CR (JWS)
                "USA V JERRI T. SIMMONS"

         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 12 | 04/08/05 | Issued: writ of execution re: DEF 1 on PFD. |