DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JERRI T. SIMMONS,<br><br>　　　　　Defendant. | Case No. 3:03-CR-00052(JWS)<br><br><br>APPLICATION AND AFFIDAVIT FOR<br>ISSUANCE OF WRIT OF EXECUTION<br>ON PERMANENT FUND DIVIDEND |

STATE OF ALASKA　　　　)
　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT )

　　　I, RICHARD L. POMEROY, hereby state on oath:

　　　1.　Judgment for $1,993.46 was imposed on July 8, 2003, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against JERRI T. SIMMONS as judgment debtor.

　　　2.　I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

　　　3.　The judgment debtor was represented by counsel.

　　　4.　The judgment entered is not a default judgment.

    5. ACCRUED since the entry of judgment are the following sums:

   $0.00    accrued interest, computed at 0%.

   $110.00  accrued costs.

    6. CREDIT must be given for payments and partial satisfaction in the total amount of:

   $0.00    which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

    7. $2,103.46 ACTUALLY DUE on June 9, 2006. Of this total, $1,968.46 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

    8. The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

    9. The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

    10. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

//

//

U.S. vs. JERRI T. SIMMONS
Case No.: 3:03-CR-00052(JWS)

DATED this 16th day of June, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> *Richard L. Pomeroy*
> RICHARD L. POMEROY
> Assistant U.S. Attorney
> 222 West 7th Avenue # 9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-2344
> Email: richard.pomeroy@usdoj.gov
> AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. JERRI T. SIMMONS
Case No.: 3:03-CR-00052(JWS)